IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:24-CR-21-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| AL ESTEBAN ORTIZ, | ) | |
| | ) | |
| Defendant. | ) | |

The court DENIES WITHOUT PREJUDICE defendant's pro se motion [D.E. 37]. Defendant's direct appeal is pending [D.E. 40], and this court lacks jurisdiction to consider defendant's argument about alleged ineffective assistance of counsel at sentencing.

SO ORDERED. This 15 day of July, 2025.

JAMES C. DEVER III
United States District Judge